ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL - 7 2016
CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA

v.  No. 4:16-CR-132-A

CHARLES BEN BOUNDS, et al

## GOVERNMENT'S NOTICE OF INTENT TO USE AUDIO/VIDEO EVIDENCE

The Government intends to use at trial the following audio/video evidence, and/or a transcript of such evidence:

1. Various audio recordings (and transcripts thereof) of jail calls/visitations of Michael Barret.

2. Various audio recordings (and transcripts thereof) of jail calls/visitations of Roger Langston.

3. Various audio recordings (and transcripts thereof) of jail calls/visitations of Amanda Chaberlain.

5. Various audio recordings (and transcripts thereof) of jail calls/visitations of Michael Heaslet.

**[Remainder of page intentionally left blank]**

6. Various audio recordings (and transcripts thereof) of jail calls/visitations of Billy Skaggs.

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

/s/ Shawn Smith

SHAWN SMITH
Assistant United States Attorney
State Bar of Texas No. 24033206
801 Cherry Street, Unit #4
Burnett Plaza, Suite 1700
Fort Worth, TX   76102-6897
Telephone:   817.252.5200
Facsimile:   817.252.5455

## CERTIFICATE OF SERVICE

This is to certify that on the 7th day of July, 2016, a true and correct copy of the foregoing was served on opposing counsels by first class mail.

/s/ Shawn Smith

SHAWN SMITH
Assistant United States Attorney