U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 17 2016
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:16-CR-132-A |
| | § | |
| CHARLES BEN BOUNDS, ET AL. | § | |

## ORDER CHANGING COURTROOM FOR PRETRIAL HEARING

On August 10, 2016, the court issued an order that a pretrial hearing would be conducted in the above-captioned case commencing at 2:00 p.m. on Wednesday, August 17, 2016, in the Fourth Floor Courtroom of the United States Courthouse, Fort Worth, Texas. Because of the number of defendants going to trial in this case, the court has concluded that the trial should be conducted in the larger Second Floor Courtroom, and that the pretrial hearing should likewise be conducted in the Second Floor Courtroom. Therefore,

The court ORDERS that such August 10, 2016 order be, and is hereby, amended so that it now provides that such pretrial hearing will be conducted in the Second Floor Courtroom, instead of the Fourth Floor Courtroom, of the United States Courthouse, Fort Worth, Texas, and that the August 12, 2016 Order Re Arraignment be comparably amended to reflect that the arraignments are to occur in the Second Floor Courtroom.

The court further ORDERS that all other provisions of the August 10, 2016 order remain in effect.

SIGNED August 17, 2016.

_____
JOHN McBRYDE
United States District Judge