```
 1                IN THE UNITED STATES DISTRICT COURT

 2                FOR THE NORTHERN DISTRICT OF TEXAS

 3                     FORT WORTH DIVISION

 4   UNITED STATES OF AMERICA,     ) CASE NO. 4:16-CR-132-A
                                   )
 5            Government,          )
                                   ) FORT WORTH, TEXAS
 6   VERSUS                        )
                                   ) NOVEMBER 23, 2016
 7   MELISSA VEATCH (17),          )
                                   )
 8            Defendant.           ) 10:04 A.M.

 9

10                        VOLUME 1 OF 1
                     TRANSCRIPT OF SENTENCING
11              BEFORE THE HONORABLE JOHN McBRYDE
                UNITED STATES DISTRICT COURT JUDGE
12

13   A P P E A R A N C E S:

14   FOR THE GOVERNMENT:     MR. MIKE WORLEY
                             UNITED STATES DEPARTMENT OF JUSTICE
15                           NORTHERN DISTRICT OF TEXAS
                             801 Cherry Street, Suite 1700
16                           Fort Worth, Texas  76102-6882
                             Telephone:  817.252.5200
17
     FOR THE DEFENDANT:      MR. TALY HAFFAR
18                           Haffar Law
                             8150 N. Central Expwy, Suite 601
19                           Dallas, Texas  75206
                             Telephone:  214.380.4566
20

21   COURT REPORTER:         MS. DEBRA G. SAENZ, CSR, RMR, CRR
                             501 W. 10th Street, Room 424
22                           Fort Worth, Texas  76102
                             Telephone:  817.850.6661
23                           E-Mail: debbie.saenz@yahoo.com

24   Proceedings reported by mechanical stenography, transcript

25   produced by computer.
```

1                          **I N D E X**

2    **PROCEEDING**                                    **PAGE**

3    Objections to PSR by Mr. Haffar................  04

4    TESTIMONY OF MIKE McCURDY

5      Direct Examination by Mr. Worley.............  09

6      Cross-Examination by Mr. Haffar..............  14

7      Redirect Examination by Mr. Worley...........  17

8    Court's Findings...............................  19

9    Statements on Sentencing

10     By Mr. Haffar................................  20

11     By the Defendant.............................  21

12   Sentence of the Court..........................  22

13   Reporter's Certificate.........................  28

14   Word Index.....................................  29

15

16                  **DEFENDANT'S EXHIBIT INDEX**

17   **NO.   DESCRIPTION**                            **ADMITTED**

18   1     Document                                    06

19

20

21

22

23

24

25

|    |                                                                       |
|----|-----------------------------------------------------------------------|
| 1  | **P R O C E E D I N G S**                                             |
| 2  | November 23, 2016 – 10:04 a.m.                                        |
| 3  | *COURT SECURITY OFFICER:*  All rise.                                  |
| 4  | Hear ye, hear ye, hear ye, the United States                          |
| 5  | District Court for the Northern District of Texas at Fort             |
| 6  | Worth is now in session, the Honorable John McBryde presiding.        |
| 7  | Let us pray.  God bless the United States and this                    |
| 8  | Honorable Court.  Amen.                                                |
| 9  | Please be seated.                                                     |
| 10 | *THE COURT:*  Good morning.                                           |
| 11 | *ALL PRESENT:*  Morning, Your Honor.                                  |
| 12 | *THE COURT:*  Okay.  I'm calling first for sentencing                 |
| 13 | Number 4:16-CR-132-A.  Actually, both of the defendants this          |
| 14 | morning are in that case.                                             |
| 15 | I'm calling first United States of America versus                     |
| 16 | Melissa Veatch.                                                       |
| 17 | Are you filling in for Mr. Smith?                                     |
| 18 | *MR. WORLEY:*  Best I can, Your Honor.                                |
| 19 | *THE COURT:*  Okay.  Mr. Worley's here for the                        |
| 20 | government and Mr. –– is it Haffar?                                    |
| 21 | *MR. HAFFAR:*  Haffar, Your Honor.                                    |
| 22 | *THE COURT:*  Is here for the defendant.                              |
| 23 | I'll have the defendant state her full name for the                   |
| 24 | record.                                                                |
| 25 | What is your full name?                                               |

1           *THE DEFENDANT:*  Melissa Veatch, Melissa Kathryn
2   Veatch.
3           *THE COURT:*  Okay.  You appeared before me -- let me
4   get the exact date -- it was on June 22, 2016, when you
5   pleaded guilty to the offense charged by a superseding
6   indictment that was filed on May 18, 2016, and the offense to
7   which you pleaded guilty was conspiracy to possess with intent
8   to deliver a controlled substance.
9           Your plea was entered when you appeared before me on
10  June 22, 2016, and, of course, we're here today for sentencing
11  based on the conviction resulting from that plea.
12          Mr. Haffar, did you and your client receive in a
13  timely manner the Presentence Report?
14          *MR. HAFFAR:*  We did, Your Honor.
15          *THE COURT:*  And the addendum to it?
16          *MR. HAFFAR:*  Yes, Your Honor.
17          *THE COURT:*  And did both of you read those items and
18  then discuss them with each other?
19          *MR. HAFFAR:*  Yes, Your Honor.
20          *THE COURT:*  Okay.  I believe there were some -- I
21  believe there were some -- there was a document we received on
22  October 13 that was called response to Presentence Report
23  that, as I interpret it, are making objections to the
24  Presentence Report.
25          You've seen the government's response to that, and

1    the probation officer's response, and my tentative conclusion

2    that the objections are without merit, and that there's a

3    question as to whether your client should receive a reduction

4    in her offense level based on acceptance of responsibility.

5          Do you still want to pursue any of those

6    objections -- or does your client?  It's her decision to make.

7    Does your client want to pursue any of those objections at

8    this time?

9          MR. HAFFAR:  Well, yes, Your Honor.

10         In light of the Court's order that we received on

11   November 21st, I spoke with Ms. Veatch about it, and there is

12   one objection in particular that we believe is with merit and

13   should not affect her acceptance of responsibility, but we

14   would be willing to withdraw the other objections, and that,

15   specifically, is detailed -- it's paragraph 11, page 11 of the

16   PSR, which counsel noted to the Court in its motion for a

17   continuance.

18         THE COURT:  Okay.  You're talking about the document

19   we received on October 13, and you're persisting in what you

20   have the number 1 objection in that document?

21         MR. HAFFAR:  Yes, Your Honor.

22         THE COURT:  And your client's withdrawing the other

23   objections?

24         MR. HAFFAR:  Yes, Your Honor, and the reason for

25   that is we believe that there is a valid question as to that

 1    particular paragraph.

 2            THE COURT:  The reason you're withdrawing or the

 3    reason you're still persisting?

 4            MR. HAFFAR:  The reason that we are persisting in

 5    that one objection.

 6            THE COURT:  On one objection?

 7            MR. HAFFAR:  Correct.

 8            THE COURT:  Okay.  And do you have any evidence you

 9    want to offer in support of that objection?

10            MR. HAFFAR:  Yes, Your Honor.  We would offer what's

11    been marked as Defense Exhibit 1 and tender a copy to the

12    government.

13            May I approach, Your Honor?

14            THE COURT:  Yes.  Okay.  It's received.  Defendant's

15    Exhibit 1 is received.  Let me glance through it.

16            Had you shown this to the government's attorney

17    ahead of time, so they would be aware of what it said, or did

18    you just hand it to the government's attorney?

19            MR. HAFFAR:  I just handed it to the government's

20    attorney.  Actually, the Assistant U.S. Attorney is Shawn

21    Smith, and he is not here today.  I believe AUSA Worley is

22    covering for him.

23            THE COURT:  Okay.  It may be -- let's see what -- it

24    refers to exhibit 11 of the Presentence Report -- or paragraph

25    11 of the Presentence Report, I'm sorry.

```
 1              Okay.  Do you have any evidence you want to offer in
 2    support of your objection to paragraph 11, other than
 3    Defendant's Exhibit 1?
 4              MR. HAFFAR:  No, Your Honor, just argument.
 5              THE COURT:  Okay.  So I can kind of get some
 6    evaluation as to the timing of things, is the government going
 7    to have any evidence in response to this objection --
 8              MR. WORLEY:  Yes, Your Honor.
 9              THE COURT:  -- or this exhibit?
10              MR. WORLEY:  I'm sorry, Your Honor?
11              THE COURT:  Is the government going to have any
12    evidence in response to this exhibit?
13              MR. WORLEY:  Yes, Your Honor.  We'll call one
14    witness.
15              THE COURT:  And how long do you think that will
16    take?
17              MR. WORLEY:  Not very long, Your Honor.  In view of
18    the defendant's withdrawal of the other objections, it won't
19    take long.
20              THE COURT:  Okay.  And the defendant has said
21    that -- her attorney said she doesn't have any other evidence,
22    so I guess I'll invite you at this time to offer whatever
23    evidence you have.
24              MR. WORLEY:  May I have just a moment, Your Honor,
25    to --
```

1           THE COURT:  Y'all can study it.

2           MR. WORLEY:  Yes, Your Honor.

3           (Conferring)

4           THE COURT:  I'll tell you what.  Since this is

5    apparently something that is new in the sense that the

6    government has never seen it before, let's take about a

7    15-minute recess to give the government an opportunity to read

8    it and understand it --

9           MR. WORLEY:  Thank you, Your Honor.

10          THE COURT:  -- and then decide on what course of

11   action to take.

12          COURT SECURITY OFFICER:  All rise.

13          THE COURT:  Fleather, make a copy of that and give

14   it to the probation officer.

15          COURTROOM DEPUTY:  That exhibit?

16          THE COURT:  Yes.

17          COURTROOM DEPUTY:  Oh, okay.

18          (Recess)

19          COURT SECURITY OFFICER:  All rise.

20          (Judge enters)

21          COURT SECURITY OFFICER:  Please be seated.

22          THE COURT:  Okay.  If you have a witness you want to

23   call, Mr. Worley, do so at this time.

24          MR. WORLEY:  Your Honor, we'll call Special Agent

25   McCurdy.

```
1              THE COURT:  Okay.  I believe he's been sworn in this
2    case more than once.
3              THE WITNESS:  Yes, Your Honor, I believe so.
4              THE COURT:  So he doesn't need to be sworn again.
5              You may proceed.
6              MR. WORLEY:  Thank you, Your Honor.  May it please
7    the Court.
8                            MIKE MCCURDY,
9    having been first duly sworn, testified as follows:
10                        DIRECT EXAMINATION
11   BY MR. WORLEY:
12   Q.      Sir, would you state your name for the Court and the
13   record.
14   A.      Mike McCurdy.
15   Q.      How are you employed, Mr. McCurdy?
16   A.      I'm a Special Agent with the Homeland Security
17   Investigations.
18   Q.      As such, did you participate in the investigation of
19   the activities of Melissa Veatch?
20   A.      Yes, sir.
21   Q.      Is she in the courtroom today?
22   A.      Yes, sir, she is.
23   Q.      Would you point her out and tell the Court where
24   she's located?
25   A.      She's sitting to the left of her attorney in --
```

```
1    wearing tan and a white T-shirt.
2                THE COURT:  He's identified the defendant.
3                MR. WORLEY:  Thank you, Your Honor.
4    Q    (BY MR. WORLEY)  Sir, as a part of the investigation, did
5    you participate in an interview of the defendant?
6    A.       Of the defendant?
7    Q.       Excuse me, of an interview of the associates of the
8    defendant?
9    A.       Yes, sir, several associates.
10   Q.       Okay.  And particularly, did you participate in an
11   interview of one Leslie Payne?
12   A.       Yes, sir, I did.
13   Q.       And did Ms. Payne discuss her activities, along with
14   the defendant, Ms. Veatch?
15   A.       Yes, sir, she did.
16   Q.       Can you tell the Court who Leslie Payne is?
17   A.       She was a codefendant in what, from the investigative
18   standpoint, was the current round of the investigation that
19   began with the arrests in April of this year, so both
20   Ms. Veatch and Ms. Payne were arrested in April of this year.
21   Q.       What was Ms. Payne's relationship to Ms. Veatch?
22   A.       She was a -- she was a methamphetamine customer.
23   Q.       A customer of Ms. Veatch?
24   A.       Yes, sir.
25   Q.       Okay.  Did she give you information concerning
```

```
 1   Ms. Veatch that was reported by you or another agent?
 2   A.       Yes, sir, she did.  Another agent wrote the report of
 3   that debrief, of that interview, but I was also present for
 4   it.
 5   Q.       Who was that?
 6   A.       Task Force Officer Cy Crum.
 7   Q.       Okay.  And was that report turned over to the
 8   probation officer for purposes of preparing the presentence
 9   investigation?
10   A.       Yes, sir, to the best of my knowledge.
11   Q.       Okay.  Now, the only objection remaining is to an
12   indication in the presentence investigation report of several
13   different purchases of 29 ounces of methamphetamine by
14   Ms. Veatch.  Are you aware of that?
15   A.       Yes, sir.
16   Q.       Okay.  Did that come up in the interview of Leslie
17   Payne?
18   A.       We -- we did discuss with Ms. Payne -- she provided
19   us details about Ms. Veatch acquiring 29 ounces of
20   methamphetamine on multiple occasions from another source of
21   supply.
22   Q.       And was that reported in Mr. Crum's report?
23   A.       Yes, sir, it was.
24   Q.       Did you take contemporaneous notes of the interview
25   of Ms. Payne?
```

1    A.       Yes, sir, I did.

2    Q.       Do you have those notes with you?

3    A.       Yes, sir, I do.

4    Q.       Have you had occasion to show them to defense

5    counsel?

6    A.       Yes, sir, I did.

7    Q.       Do your notes and your recollection of the interview

8    of Ms. Payne, are they consistent with the report written by

9    Mr. Crum?

10   A.       Yes, sir.  They are consistent in that they detail

11   multiple 29-ounce transactions, multiple transactions

12   involving 29 ounces per transaction.  The only discrepancy

13   that I see between TFO Crum's report and my notes is that,

14   according to my notes, those transactions occurred every three

15   to four days over a period of time, and in the report that

16   Task Force Officer Crum wrote, he indicates that those

17   transactions occurred every four to five days, rather than

18   every three to four.

19   Q.       So, actually, based on your notes, the quantity would

20   be greater; is that correct?

21   A.       Yes, sir, I believe so.

22   Q.       Can you tell the Court what it is about the -- your

23   notes and your recollection that show that this was 29 ounces,

24   rather than 29 grams, on subsequent occasions?

25   A.       Yes, sir.  The reason I'm certain that we discussed

1   multiple 29-ounce transactions was that Ms. Payne provided us

2   detail about how she had witnessed Ms. Veatch distribute those

3   29 ounces.  Specifically, that in addition to the -- I believe

4   it was 4 to 8 ounces that Ms. Payne would get out of each

5   29-ounces, each 29-ounce transaction, Ms. Veatch was also

6   supplying what we would call large quantities, much larger

7   than 29-gram quantities, to other methamphetamine customers.

8   Q.      Okay.  Would it have been possible for Ms. Veatch to

9   have distributed 4 to 8 ounces of methamphetamine to

10  Ms. Payne, if she only got 29 grams on a particular occasion?

11  A.      Certainly not from that 29 grams, since 4 to 8 ounces

12  is a much larger quantity.  I will add, specifically, that my

13  notes reflect that on the last transaction, Ms. Veatch never

14  paid -- to Ms. Payne's knowledge, Ms. Veatch never paid the

15  source of supply for the 29 ounces, and in my notes, again,

16  specifically say ounces, as opposed to grams.

17          MR. WORLEY:  Pass the witness, Your Honor.

18          THE COURT:  Let me ask you something, Mr. Worley, to

19  clarify something.

20          MR. WORLEY:  Yes, Your Honor.

21          THE COURT:  Paragraph 11 of the Presentence Report

22  says that Veatch obtained 29 grams of methamphetamine at least

23  every five days, and are you saying that that should have said

24  ounces?

25          MR. WORLEY:  Yes, Your Honor.  I believe that's a

```
1    typographical error.

2              THE COURT:  Did the probation officer pick that up

3    in the addendum?

4              MR. WORLEY:  Not in the addendum, but I believe the

5    probation officer did pick it up, Your Honor, and her other

6    calculations are based on 29 grams rather than 29 -- I mean

7    29 ounces, rather than 29 grams, which is incorrect.

8              THE COURT:  You mean where she has 1,218 ounces,

9    that would be based on 29 ounces of methamphetamine at least

10   every five days?

11             MR. WORLEY:  That's correct, Your Honor.

12             THE COURT:  In other words, there was a

13   typographical error on putting grams instead of ounces?

14             MR. WORLEY:  Yes, Your Honor.

15             THE COURT:  Okay.  Thank you.

16             Okay.  Do you have any questions you want to ask

17   him?

18             MR. HAFFAR:  Yes, Your Honor.

19             THE COURT:  Okay.  Go ahead.

20                       CROSS-EXAMINATION

21   BY MR. HAFFAR:

22   Q.      Agent McCurdy, it's true that Leslie Payne was a

23   heavy methamphetamine user at the time she was dealing with

24   Ms. Veatch; is that correct?

25   A.      That is my understanding.
```

Q.       Did you ask her how much methamphetamine she was

using on a daily basis when she was dealing with Ms. Veatch?

A.       If we did, I don't recall.

Q.       Is it possible that due to being under the influence

of a large amount of methamphetamine, her recollection could

have been wrong?

A.       No, sir, I don't believe so.  Ms. Payne also

testified at trial against some other defendants.  The same

issue was raised at trial.  In Ms. Payne's testimony, as I

recall, she claimed that she was able to function quite well

despite her drug use.

Q.       Okay.  And you're familiar with what methamphetamine

does to individuals, correct?

A.       To some degree.

Q.       I mean, it affects their brain matter in all sorts of

ways, including memory; is that correct?

A.       I've certainly seen it with some individuals that

they seem to have a reduced memory that they claim is

associated with their methamphetamine use.  However, that was

not the case with Ms. Payne.

Q.       Okay.  And you're testifying to the Court that it is

impossible that Ms. Payne may have misspoken and actually

intended to say grams --

         THE COURT:  I don't think he said it's

impossible.  I don't think he even suggested it was

```
1    impossible.  He simply said what she told them.

2              MR. HAFFAR:  I'll rephrase, Your Honor.

3              THE COURT:  And I think we all know people possibly

4    can make errors, so let's don't spend time on things like

5    that.

6              MR. HAFFAR:  Okay, Your Honor.

7    Q    (BY MR. HAFFAR)  Specifically to a question that you were

8    asked by the government regarding the possibility of being

9    able to distribute 4 to 8 ounces to Ms. Payne that must have

10   come from 29 ounces, but it's true in your notes and in

11   Defense Exhibit 1, Ms. Payne admits that at least -- or on one

12   occasion, she obtained 29 ounces in which she received 4 to

13   8 ounces from Ms. Veatch -- excuse me, Ms. Payne to

14   Ms. Veatch.  So it's possible that on one occasion, that

15   29 ounces that exists, is it your belief that Ms. Payne's

16   statement that, in fact, the rest of it was grams is false,

17   that she is lying in this letter that she sent?

18   A.       I can't explain the letter, but I have a memory of

19   the interview, and between my memory and my notes and the

20   report that I have, all three are consistent that during that

21   interview she said ounces.

22   Q.       Okay.  But just like your notes and Mr. Crum's notes

23   had a difference regarding the number of days --

24             THE COURT:  You're just wanting to argue with him

25   about something.  Do you have any substantive questions you
```

```
1    want to ask him?
2    Q    (BY MR. HAFFAR)  Is it possible, Agent, that there was a
3    miscommunication between you and Ms. Veatch -- or, excuse me,
4    Ms. Payne?
5            THE COURT:  I thought we had already been down that
6    road before, haven't we, on the possibilities?
7            MR. HAFFAR:  I did not ask that specific question.
8            THE COURT:  Okay.  If you have a substantive
9    question, ask it.
10           MR. HAFFAR:  Your Honor, I believe that to be
11   substantive, but I'll withdraw that question.  Nothing
12   further.
13           THE COURT:  Okay.
14           MR. WORLEY:  One question, Your Honor?
15           THE COURT:  Yes.
16                      REDIRECT EXAMINATION
17   BY MR. WORLEY:
18   Q.      I believe Ms. Payne wrote the letter that's in
19   evidence before the Court on the 7th of the month; is that
20   correct?
21   A.      Yes, sir.  According to the date on the document, it
22   was written or signed on the 7th of October.
23   Q.      And was that before or after her sentencing?
24   A.      I believe she was sentenced on October the 3rd, four
25   days before the date on the letter.
```

```
 1              MR. WORLEY:  Thank you.

 2              THE COURT:  Okay.  Is that all you have?

 3              MR. WORLEY:  That's all I have, Your Honor.

 4              THE COURT:  Okay.  You can step down.

 5         Okay.  Did you have any rebuttal that you wanted to

 6    offer?

 7              MR. HAFFAR:  No, Your Honor.

 8              THE COURT:  Okay.  Well, I'm going to overrule the

 9    objection.  I'm satisfied from the testimony I've heard that

10    the information in paragraph 11 of the Presentence Report is

11    reliable, except that the probation officer did obviously make

12    a mistake in saying grams instead of ounces.  When referring

13    to the 29, it said grams.  It should have been ounces, and

14    that's borne out by the total calculation.

15         So I overrule that objection, and I find that the

16    facts recited in paragraph 29 of the -- I mean, paragraph 11

17    of the Presentence Report are correct, changing the grams to

18    ounces, and that the information there is based on reliable

19    information.

20         I reject as unreliable the statement made by Payne

21    in government's -- Defendant's Exhibit 1.

22         Okay.  There being no further objections to the

23    Presentence Report, the Court -- now, on the issue of

24    acceptance of responsibility, I really do question whether the

25    defendant has qualified for acceptance of responsibility, but
```

1    it's somewhat a moot issue here because of the guideline

2    range.

3         If she had been -- if the defendant had been

4    convicted of her true offense conduct, her offense level would

5    have been 360 months to life.  The government gave her the

6    benefit of the doubt, apparently, by not convicting her of her

7    true offense conduct and reduced the conviction -- I mean, the

8    offense they convicted her of, it ended up with a maximum term

9    of imprisonment of 480 months, and a guideline range of 360 to

10   480 months.

11        So, though I have a question as to whether she has

12   accepted responsibility, I'm not going to deal with that

13   further, and I'll leave the probation officer's calculations

14   as they are and not deny her acceptance -- a reduction on

15   acceptance of responsibility.

16        The Court adopts as the fact findings of the Court

17   the facts set forth in the Presentence Report, correcting the

18   word "grams" to "ounces" in paragraph 11 where there's the

19   error we've been talking about, and as those facts are

20   modified or supplemented by the addendum and any facts I've

21   found from the bench.  Those are the Court's fact findings.

22        The Court adopts as the conclusions of the Court the

23   conclusions expressed in the Presentence Report -- again, with

24   that correction of grams to ounces -- as modified or

25   supplemented by any conclusions expressed in the addendum and

```
1    any I've expressed -- the Court's expressed from the bench.
2             The Court concludes that the total offense level is
3    42; that the Criminal History Category is VI; that the
4    imprisonment range is 360 to 480 months; that the supervised
5    release range is 4 to 5 years; that the fine range is $50,000
6    to $5 million; and that a special assessment of $100 is
7    mandatory.
8             Okay.  You can make whatever statement you would
9    like to make on behalf of your client at this time.
10            MR. HAFFAR:  Yes, Your Honor.
11            Ms. Veatch, since I've met her, has been unfailingly
12   polite and admitted to her conduct in this offense.  She has
13   never questioned that as an issue.  Her only concern was the
14   actual amounts of methamphetamine that were being attributed
15   to her by codefendants, many of whom have drug problems and
16   she was -- she was concerned about their accuracy in terms of
17   the amounts.  But to be fair, she has never denied her
18   involvement to me or to this Court.  She's been more than
19   cooperative with me.  Again, the only issue was the exact
20   amount at play.
21            For a nonviolent offense, I would respectfully ask
22   the Court for leniency and a sentence at the low end of the
23   guidelines.
24            THE COURT:  Okay.  Thank you.
25            Ms. Veatch, you have the right to make any statement
```

1   or presentation you would like to make on the subject of

2   mitigation, that is, the things you think the Court should

3   take into account in determining what sentence to impose, or

4   on the subject of sentencing more generally, and at this time

5   I'll invite you to do so.

6           *THE DEFENDANT:*  I wrote a letter.  Can I read it?

7           *THE COURT:*  Yes, that's fine.  If you have something

8   you want to read, that's fine.

9           *THE DEFENDANT:*  Okay.  There really are no words to

10  excuse how many times I've stood in front of a judge.  I can

11  honestly say, the road to hell is paved with good intentions.

12  Good people make bad decisions every day, and I believe it is

13  human nature to point the finger at others when they get into

14  trouble, as Adam did to Eve, and Eve to the serpent, and so

15  forth.

16          People probably stand in front of you every day and

17  blame this all on their addiction, and, to me, that is a

18  selfish cop-out for their own actions, just like my decisions,

19  just like my decision to proffer.  And while I can't take back

20  what got me here, I hope to stand before you while under oath

21  and recant that proffer, because I think, Your Honor, I am

22  finally growing up and putting the blame where it belongs, and

23  that is on me.

24          I am to blame.  I'm sorry for not realizing how much

25  pain that I've caused so many people, and if I did realize it,

```
 1    I just got higher so that I didn't have to face reality, and

 2    that reality is facing me today.  I'm standing before you

 3    facing reality.  I put myself here, and it breaks my heart to

 4    take responsibility for the wreck that I've made of not just

 5    to my life, but of my kids' lives.

 6            I want to say -- I just actually want to end with a

 7    verse out of the Bible, and it's John 19:10-11.  It says,

 8    Jesus was standing before Pontius Pilate, and Pilate demanded,

 9    don't you realize I have the power to release you or crucify

10    you?  And Jesus said, you would have no power over me at all,

11    unless it was given to you from above, and the ones that

12    handed me over to you have the greater sin.

13            Thank you.

14            THE COURT:  Okay.  Well, you have a terrible

15    criminal history.  What we're here for today, the offense that

16    you're charged with in this case that you pleaded guilty to,

17    is just a small part of your overall criminal conduct, and it

18    seems like nothing slows you down.

19            Back in the early -- well, starting around 2012, in

20    that era, you were actively involved in drug activities, and

21    it seemed like every time you would be convicted and confined

22    for some drug activity, you would be right back out engaging

23    in it again.

24            I may be wrong, but it seems to me like it was

25    within a week after -- within a month after your release from
```

1    the Texas Department of Criminal Justice on December 3, 2014,

2    you became involved in the criminal conduct in this case.

3          Looking at your criminal history, the part of the

4    Presentence Report dealing with your criminal history goes

5    from paragraph 47 through paragraph 86.  Of course, some of

6    that are charges that did not result in convictions, so I

7    can't -- I won't consider those, but you had -- going through

8    paragraph 47 through 79, they were either convictions, or

9    pleas in bar where you admitted your guilt, or the information

10   in the Presentence Report is such that the Court can find from

11   a preponderance of the evidence that you committed those

12   offenses.

13         And I don't think anything would be gained by going

14   step by step through them, other than to say that it's one of

15   the worst criminal histories I've run into, including a

16   conviction in federal court when you were 23 years of age.

17         Now, that pretty well is the way things have gone

18   with you.  You pleaded guilty in 1995.  You were sentenced to

19   51 months imprisonment and a 5-year term of supervised

20   release.  You started serving your supervised release in April

21   of -- well, let's see, I don't have the exact date when you

22   started serving it, but in April of 1999, you violated your

23   conditions of supervised release and it was revoked, and you

24   were sentenced again to imprisonment of 36 months, and, of

25   course, you served that out.

1          When you were 31, you were convicted on a plea of

2     guilty to forgery.  You were sentenced to 1 month

3     imprisonment, and it was suspended.  That sentence was

4     suspended, and you got a 36-month probation, and then you

5     violated that probation and it was revoked.

6          The indication I have is that your livelihood has

7     been dishonesty or criminal conduct.  It has that appearance

8     from the number of convictions you have, and I'm sure that

9     every time you've appeared before a judge for sentencing

10    you've assured that judge that you're disappointed in your

11    conduct and you're going to straighten out.

12         I think a sentence within the guideline range is

13    appropriate, and I'm not going to go to the top of the

14    guideline range, but I think a sentence of 400 months,

15    combined with a term of supervised release of 4 years.  Of

16    course, that starts when you've completed your sentence of

17    imprisonment, and that would be combined with an obligation to

18    pay a special assessment of $100, and that's payable

19    immediately.

20         Now, that sentence of imprisonment will run

21    concurrently -- I mean consecutively, not concurrently, I

22    correct that -- consecutively to any sentence imposed in Case

23    Number 144061 in the Tarrant County Criminal Court Number 6.

24         I think a sentence of the kind I've described is one

25    that adequately and appropriately addresses all the factors

```
 1    the Court should consider in sentencing under 18 United States
 2    Code Section 3553(a).
 3              So the Court orders and adjudges that the defendant
 4    be committed to the custody of the Bureau of Prisons to serve
 5    a term of imprisonment of 400 months.
 6              I'm also ordering that she serve -- and that's to
 7    run consecutively to the sentence in that state court case I
 8    mentioned, Case Number 1444061.
 9              I'm also ordering that she serve a term of
10    supervised release of 4 years that will start once she's
11    completed her sentence of imprisonment.
12              The conditions of that supervised release will be
13    the standard conditions that will be set forth in the judgment
14    of conviction and sentence, and the following additional
15    conditions:
16              She shall not commit another federal, state, or
17    local crime.
18              She shall not unlawfully possess a controlled
19    substance.
20              She shall cooperate in the collection of DNA as
21    directed by the probation officer and as authorized by the
22    Justice for All Act of 2004.
23              She shall participate in mental health treatment
24    services as directed by the probation officer until
25    successfully discharged, and those services may include
```

1    prescribed medications by a licensed physician, and she'll

2    contribute to the cost of those services at the rate of at

3    least $25 a month.

4              She shall refrain from any unlawful use of a

5    controlled substance and shall submit to one drug test within

6    15 days of release from imprisonment and at least two periodic

7    drug tests thereafter as directed by the probation officer,

8    pursuant to the mandatory drug testing provision of the 1994

9    Crime Bill.

10             She shall participate in a program approved by the

11   probation officer for the treatment of narcotic or drug or

12   alcohol dependency that will include testing for the detection

13   of substance use, and she shall abstain from the use of

14   alcohol and all other intoxicants during and after completion

15   of treatment, and she'll contribute to the cost of those

16   services at the rate of at least $20 a month.

17             I'm also ordering that she pay a special assessment

18   of $100.  That's payable immediately to the clerk of court

19   here in Fort Worth.

20             Ms. Veatch, you have the right to appeal from the

21   sentence I've imposed, if you're dissatisfied with it.  That

22   appeal would be to the United States Court of Appeals for the

23   Fifth Circuit.

24             You have the right to appeal in forma pauperis, that

25   means without any cost to you, if you were to qualify for it.

1   You have the right to have the clerk of court file a notice of

2   appeal for you, and the clerk would do that forthwith, if you

3   were to specifically request it.

4        You and your attorney have been given a form that

5   outlines certain rights and obligations in reference to an

6   appeal.  If you haven't already done so, I want the two of you

7   to review that, go over it and be sure you understand it, and

8   once both of you are satisfied you understand it, I want both

9   of you to sign it and return it to the court coordinator.

10       Has that been done?

11       *MR. HAFFAR:*  It has, Your Honor.

12       *THE COURT:*  Okay.  The defendant's remanded to

13   custody, and the attorneys are excused.

14       *MR. HAFFAR:*  Your Honor, if I might?  I know some

15   judges are not inclined to do so, but Ms. Veatch asked if you

16   would be inclined to make any recommendation to the Bureau of

17   Prisons regarding her location.

18       *THE COURT:*  As to where she would serve?

19       *MR. HAFFAR:*  Yes, Your Honor.

20       *THE COURT:*  No, I don't do that.

21       *MR. HAFFAR:*  All right.  Thank you.

22       *THE COURT:*  Okay.  Thank you.

23       *(End of Proceedings)*

24

25

1                     **REPORTER'S CERTIFICATE**

2          I, Debra G. Saenz, CSR, RMR, CRR, certify that the

3     foregoing is a true and correct transcript from the record

4     of proceedings in the foregoing entitled matter.

5          I further certify that the transcript fees format

6     comply with those prescribed by the Court and the Judicial

7     Conference of the United States.

8          Signed this 14th day of March, 2017.

9

10                         /s/ Debra G. Saenz

11                         DEBRA G. SAENZ, CSR, RMR, CRR
                           Texas CSR No. 3158
12                         Official Court Reporter
                           The Northern District of Texas
13                         Fort Worth Division

14

15    CSR Expires:        12/31/17

16    Business Address:   501 W. 10th Street, Room 424
                          Fort Worth, Texas  76102
17

18    Telephone:          817.850.6661

19    E-Mail Address:     debbie.saenz@yahoo.com

20

21

22

23

24

25

**$**

$100 [3] 28/6 24/18 26/18
$20 [1] 26/16
$25 [1] 26/3
$5 [1] 20/6
$5 million [1] 20/6
$50,000 [1] 20/5

**-**

-- I [1] 14/6
-- it's [1] 5/15

**/**

/s [1] 28/10

**0**

04 [1] 2/3
06 [1] 2/9
09 [1] 2/5

**1**

1,218 ounces [1] 14/8
10:04 [2] 1/8 3/2
10th [2] 1/21 28/16
11 [10] 5/15 5/15 6/24 6/25 7/2 13/21
 18/10 18/16 19/18 22/7
12/31/17 [1] 28/15
13 [2] 4/22 5/19
14 [1] 2/6
144061 [1] 24/23
1444061 [1] 25/8
14th [1] 28/8
15 [1] 26/6
15-minute [1] 8/7
17 [3] 1/7 2/7 28/15
1700 [1] 1/15
18 [2] 4/6 25/1
19 [1] 2/8
1994 [1] 26/8
1995 [1] 23/18
1999 [1] 23/22
19:10-11 [1] 22/7

**2**

20 [1] 2/10
2004 [1] 25/22
2012 [1] 22/19
2014 [1] 23/1
2016 [5] 1/6 3/2 4/4 4/6 4/10
2017 [1] 28/8
21 [1] 2/11
214.380.4566 [1] 1/19
21st [1] 5/11
22 [3] 2/12 4/4 4/10
23 [3] 1/6 3/2 23/16
28 [1] 2/13
29 [4] 2/14 14/6 18/13 18/16
29 grams [5] 12/24 13/10 13/11 13/22
 14/7
29 grams rather [1] 14/6
29 ounces [11] 11/13 11/19 12/12 12/23
 13/3 13/15 14/7 14/9 16/10 16/12 16/15
29-gram [1] 13/7
29-ounce [3] 12/11 13/1 13/5
29-ounces [1] 13/5

**3**

31 [1] 24/1
3158 [1] 28/11
3553 [1] 25/2
36 [1] 23/24
36-month [1] 24/4

**360** [3] 19/5 19/9 20/4
3rd [1] 17/24

**4**

400 [2] 24/14 25/5
42 [1] 20/3
424 [1] 1/21 28/16
47 [2] 23/5 23/8
480 [3] 19/9 19/10 20/4
4:16-CR-132-A [2] 1/4 3/13

**5**

5-year [1] 23/19
501 [2] 1/21 28/16
51 [1] 23/19

**6**

601 [1] 1/18
6882 [1] 1/16

**7**

75206 [1] 1/19
76102 [2] 1/22 28/16
76102-6882 [1] 1/16
79 [1] 23/8
7th [2] 17/19 17/22

**8**

8 ounces [5] 13/4 13/9 13/11 16/9 16/13
801 [1] 1/15
8150 [1] 1/18
817.252.5200 [1] 1/16
817.850.6661 [2] 1/22 28/18
86 [1] 23/5

**A**

a.m [2] 1/8 3/2
able [2] 15/10 16/9
about [9] 5/11 5/18 8/6 11/19 12/22
 13/2 16/25 19/19 20/16
above [1] 22/11
abstain [1] 26/13
acceptance [6] 5/4 5/13 18/24 18/25
 19/14 19/15
acceptance -- a [1] 19/14
accepted [1] 19/12
according [2] 12/14 17/21
account [1] 21/3
accuracy [1] 20/16
acquiring [1] 11/19
Act [1] 25/22
action [1] 8/11
actions [1] 21/18
actively [1] 22/20
activities [3] 9/19 10/13 22/20
activity [1] 22/22
actual [1] 20/14
actually [5] 3/13 6/20 12/19 15/22 22/6
Adam [1] 21/14
add [1] 13/12
addendum [5] 4/15 14/3 14/4 19/20
 19/25
addiction [1] 21/17
addition [1] 13/7
additional [1] 25/14
Address [2] 28/16 28/19
addresses [1] 24/25
adequately [1] 24/25
adjudges [1] 25/3
admits [1] 16/11
admitted [3] 2/17 20/12 23/9
adopts [2] 19/16 19/22
affect [1] 5/13

affects [1] 15/15
after [4] 17/23 22/25 22/25 26/14
again [6] 9/4 13/19 19/23 20/19 22/23
 23/24
against [1] 15/8
age [1] 23/16
agent [6] 8/24 9/16 11/1 11/2 14/22
 17/2
ahead [2] 6/17 14/19
alcohol [2] 26/12 26/14
all [14] 3/3 8/12 8/19 15/15 16/3 16/20
 18/2 18/3 21/17 22/10 24/25 25/22
 26/14 27/21
along [1] 10/13
already [2] 17/5 27/6
also [6] 11/3 13/5 15/7 25/6 25/9 26/17
am [2] 21/21 21/24
Amen [1] 3/8
AMERICA [2] 1/4 3/15
amount [2] 15/5 20/20
amounts [2] 20/14 20/17
another [4] 11/1 11/2 11/20 25/16
any [18] 5/5 5/7 6/8 7/1 7/7 7/11 7/21
 14/16 16/25 18/5 19/20 19/25 20/1
 20/25 24/22 26/4 26/25 27/16
anything [1] 23/13
apparently [2] 8/5 19/6
appeal [5] 26/20 26/22 26/24 27/2 27/6
Appeals [1] 26/22
appearance [1] 24/7
appeared [3] 4/3 4/9 24/9
approach [1] 6/13
appropriate [1] 24/13
appropriately [1] 24/25
approved [1] 26/10
April [4] 10/19 10/20 23/20 23/22
are [21] 3/14 3/17 4/23 5/2 6/4 9/15
 11/14 12/8 12/10 13/23 14/6 16/20
 18/17 19/14 19/19 19/21 21/9 23/6 27/8
 27/13 27/15
argue [1] 16/24
argument [1] 7/4
around [1] 22/19
arrested [1] 10/20
arrests [1] 10/19
as [24] 4/23 5/3 5/25 6/11 7/6 9/9 9/18
 10/4 13/16 15/9 18/20 19/11 19/14
 19/16 19/19 19/22 19/24 20/13 21/14
 25/20 25/21 25/24 26/7 27/18
ask [7] 13/18 14/16 15/1 17/1 17/7 17/9
 20/21
asked [2] 16/8 27/15
assessment [3] 20/6 24/18 26/17
Assistant [1] 6/20
associated [1] 15/19
associates [2] 10/7 10/9
assured [1] 24/10
attorney [7] 6/16 6/18 6/20 6/20 7/21
 9/25 27/4
attorneys [1] 27/13
attributed [1] 20/14
AUSA [1] 6/21
authorized [1] 25/21
aware [2] 6/17 11/14

**B**

back [3] 21/19 22/19 22/22
bad [1] 21/12
bar [1] 23/9
based [6] 4/11 5/4 12/19 14/6 14/9
 18/18
basis [1] 15/2

**B**

be [21] 4:3 9:5/14 9:17 9:23 9:21 9/4
12/20 14/9 17/10 20/17 22/21 22/22
22/24 23/13 24/17 25/4 25/12 25/13
26/22 27/7 27/16
be -- let's [1]  6/23
became [1]  23/2
because [2]  19/1 21/21
been [16]  6/11 9/1 9/9 13/8 15/6 17/5
18/13 19/3 19/3 19/5 19/19 20/11 20/18
24/7 27/4 27/10
been -- if [1]  19/3
before [12]  1/11 4/3 4/9 8/6 17/6 17/19
17/23 17/25 21/20 22/2 22/8 24/9
began [1]  10/19
behalf [1]  20/9
being [4]  15/4 16/8 18/22 20/14
belief [1]  16/15
believe [16]  4/20 4/21 5/12 5/25 6/21
9/1 9/3 12/21 13/3 13/25 14/4 15/7
17/10 17/18 17/24 21/12
belongs [1]  21/22
bench [2]  19/21 20/1
benefit [1]  19/6
best [2]  3/18 11/10
between [3]  12/13 16/19 17/3
Bible [1]  22/7
Bill [1]  26/9
blame [3]  21/17 21/22 21/24
bless [1]  3/7
borne [1]  18/14
both [5]  3/13 4/17 10/19 27/8 27/8
brain [1]  15/15
breaks [1]  22/3
Bureau [2]  25/4 27/16
Business [1]  28/16

**C**

calculation [1]  18/14
calculations [2]  14/6 19/13
call [4]  7/13 8/23 8/24 13/6
called [1]  4/22
calling [2]  3/12 3/15
can [11]  3/18 7/5 8/1 10/16 12/22 16/4
18/4 20/8 21/6 21/10 23/10
can't [3]  16/18 21/19 23/7
can't -- I [1]  23/7
case [9]  1/4 3/14 9/2 15/20 22/16 23/2
24/22 25/7 25/8
Category [1]  20/3
caused [1]  21/25
Central [1]  1/18
certain [2]  12/25 27/5
certainly [2]  13/11 15/17
Certificate [1]  2/13 28/1
certify [1]  28/2 28/5
changing [1]  18/17
charged [2]  4/5 22/16
charges [1]  23/6
Cherry [1]  1/15
Circuit [1]  26/23
claim [1]  15/18
claimed [1]  15/10
clarify [1]  13/19
clerk [3]  26/18 27/1 27/2
client [5]  4/12 5/3 5/6 5/7 20/9
client's [1]  5/22
Code [1]  25/2
codefendant [1]  10/17
codefendants [1]  20/15
collection [1]  25/20
combined [2]  24/15 24/17

come [2]  11/16 16/10
commit [1]  25/16
committed [2]  23/1 25/4
completed [2]  24/16 25/11
completion [1]  26/14
comply [1]  28/6
computer [1]  1/25
concern [1]  20/13
concerned [1]  20/16
concerning [1]  10/25
concludes [1]  20/2
conclusion [1]  5/1
conclusions [3]  19/22 19/23 19/25
concurrently [2]  24/21 24/21
concurrently -- I [1]  24/21
conditions [4]  23/23 25/12 25/13 25/15
conduct [5]  19/4 19/7 20/12 22/17 23/2
24/7 24/11
Conference [1]  28/7
Conferring [1]  8/3
confined [1]  22/21
consecutively [3]  24/21 24/22 25/7
consider [2]  23/7 25/1
consistent [3]  12/8 12/10 16/20
conspiracy [1]  4/7
contemporaneous [1]  11/24
continuance [1]  5/17
contribute [2]  26/2 26/15
controlled [3]  4/8 25/18 26/5
convicted [4]  19/4 19/8 22/21 24/1
convicting [1]  19/6
conviction [4]  4/11 19/7 23/16 25/14
conviction -- I [1]  19/7
convictions [3]  23/6 23/8 24/8
cooperate [1]  25/20
cooperative [1]  20/19
coordinator [1]  27/9
cop [1]  21/18
cop-out [1]  21/18
copy [6]  6/11 8/13
correct [10]  6/7 12/20 14/11 14/24
15/13 15/16 17/20 18/17 24/22 28/3
correcting [1]  19/17
correction [1]  19/24
cost [3]  26/2 26/15 26/25
could [1]  5/5
counsel [2]  5/16 12/5
County [1]  24/2
course [5]  4/10 8/10 23/5 23/25 24/16
court [35]
Court -- now [1]  18/23
Court's [4]  2/8 5/10 19/21 20/1
courtroom [1]  9/21
covering [1]  6/22
CR [2]  1/4 3/13
crime [2]  25/17 26/9
criminal [10]  20/3 22/15 22/17 23/1 23/2
23/3 23/4 23/15 24/7 24/23
Cross [2]  2/6 14/20
Cross-Examination [2]  2/6 14/20
CRR [3]  1/21 28/2 28/11
crucify [1]  22/9
Crum [3]  11/6 12/9 12/16
Crum's [3]  11/22 12/13 16/22
CSR [5]  1/21 28/2 28/11 28/11 28/15
current [1]  10/18
custody [2]  25/4 27/13
customer [2]  10/22 10/23
customers [1]  13/7
Cv [1]  11/6

**D**

daily [1]  15/2

Dallas [1]  1/19
date [4]  4/4 17/21 17/25 23/21
date of the [1]  4/4
day [3]  21/12 21/16 28/8
days [7]  12/15 12/17 13/23 14/10 16/23
17/25 26/6
deal [1]  19/12
dealing [3]  14/23 15/2 23/4
debbie.saenz [2]  1/23 28/19
DEBRA [4]  1/21 28/2 28/10 28/11
debrief [1]  11/3
December [1]  23/1
December 3 [1]  23/1
decide [1]  8/10
decision [2]  5/6 21/19
decisions [2]  21/12 21/18
declare [1]  25/23
defendant [14]  1/8 1/17 2/11 3/22 3/23
7/20 10/2 10/5 10/6 10/8 10/14 18/25
19/3 25/3
defendant's [6]  2/16 6/14 7/3 7/18 18/21
27/12
defendants [2]  3/13 15/8
defense [3]  6/11 12/4 16/11
degree [1]  15/14
deliver [1]  4/8
demanded [1]  22/8
denied [1]  20/17
deny [1]  19/14
DEPARTMENT [2]  1/14 23/1
dependency [1]  26/12
described [1]  24/24
DESCRIPTION [1]  2/17
despite [1]  15/11
detail [2]  12/10 13/2
detailed [1]  5/15
details [1]  11/19
detection [1]  26/12
determining [1]  21/3
did [27]  4/12 4/14 4/17 6/17 9/18 10/4
10/10 10/12 10/13 10/15 10/25 11/2
11/16 11/18 11/24 12/1 12/6 14/2 14/5
15/1 15/3 17/7 18/5 18/11 21/14 21/25
23/6
didn't [1]  22/1
difference [1]  16/23
different [1]  11/13
Direct [2]  2/5 9/10
directed [3]  25/21 25/24 26/7
disappointed [1]  24/10
discharged [1]  25/25
discrepancy [1]  12/12
discuss [3]  4/18 10/13 11/18
discussed [1]  12/25
dishonesty [1]  24/7
dissatisfied [1]  26/21
distribute [2]  13/2 16/9
distributed [1]  13/9
DISTRICT [7]  1/1 1/2 1/11 1/15 3/5 3/5
28/12
DIVISION [2]  1/3 28/13
DNA [1]  25/20
do [15]  5/5 6/8 7/1 7/15 8/23 12/2 12/3
12/7 14/16 16/25 18/24 21/5 27/2 27/15
27/20
document [5]  2/18 4/21 5/18 5/20 17/21
does [5]  5/7 5/13 15/13
doesn't [2]  7/21 9/4
don't [6]  15/3 15/7 15/24 15/25 16/4
22/9 23/13 23/21 27/20
done [2]  27/6 27/10
doubt [1]  19/6
down [3]  17/5 18/4 22/18
drug [8]  15/11 20/15 22/20 22/22 26/5

## D

drug [3] 26/7 26/8 26/11
due [1] 15/4
duly [1] 9/9
during [2] 16/20 26/14

## E

E-Mail [2] 1/23 28/19
each [4] 4/18 13/4 13/5
early [1] 22/19
early -- well [1] 22/19
either [1] 23/8
employed [1] 9/15
end [3] 20/22 22/6 27/23
ended [1] 19/8
engaging [1] 22/22
entered [1] 4/9
enters [1] 8/20
entitled [1] 28/4
era [1] 22/20
error [3] 14/1 14/13 19/19
errors [1] 16/4
evaluation [1] 7/6
Eve [2] 21/14 21/14
even [1] 15/25
every [9] 12/14 12/17 12/18 13/23 14/10 21/12 21/16 22/21 24/9
evidence [8] 6/8 7/1 7/7 7/12 7/21 7/23 17/19 23/11
exact [3] 4/4 20/19 23/21
Examination [6] 2/5 2/6 2/7 9/10 14/20 17/16
except [1] 18/11
excuse [4] 10/7 16/13 17/3 21/10
excused [1] 27/13
exhibit [10] 2/16 6/11 6/15 6/24 7/3 7/9 7/12 8/15 16/11 18/21
exists [1] 16/15
Expires [1] 28/15
explain [1] 16/18
expressed [4] 19/23 19/25 20/1 20/1
expressed -- the [1] 20/1
Expwy [1] 1/18

## F

face [1] 22/1
facing [2] 22/2 22/3
fact [3] 16/16 19/16 19/21
factors [1] 24/25
facts [4] 18/16 19/17 19/19 19/20
fair [1] 20/17
false [1] 16/16
familiar [1] 15/12
federal [2] 23/16 25/16
fees [1] 28/5
Fifth [1] 26/23
file [1] 27/1
filed [1] 4/6
filling [1] 3/17
finally [1] 21/22
find [2] 18/15 23/10
findings [3] 2/8 19/16 19/21
fine [3] 20/5 21/7 21/8
finger [1] 21/13
first [3] 3/12 3/15 9/9
five [3] 12/17 13/23 14/10
Fleather [1] 8/13
following [1] 25/14
follows [1] 9/9
Force [2] 11/6 12/16
foregoing [2] 28/3 28/4
forgery [1] 24/2

## G

form [1] 27/4
forma [1] 26/24
formatting [1] 28/5
FORT [8] 1/3 1/5 1/16 1/22 3/5 26/19 28/13 28/16
forth [3] 19/17 21/15 25/13
forthwith [1] 27/2
found [1] 19/21
four [4] 12/15 12/17 12/18 17/24
front [2] 21/10 21/16
full [2] 3/23 3/25
function [1] 15/10
further [4] 17/12 18/22 19/13 28/5

gained [1] 23/13
gave [1] 19/5
generally [1] 21/4
get [4] 4/4 7/5 13/4 21/13
give [3] 8/7 8/13 10/25
given [2] 22/11 27/4
glance [2] 6/15
go [3] 14/19 24/13 27/7
God [1] 3/7
goes [1] 23/4
going [8] 7/6 7/11 18/8 19/12 23/7 23/13 24/11 24/13
gone [1] 23/17
good [3] 3/10 21/11 21/12
got [4] 13/10 21/20 22/1 24/4
government [10] 1/5 1/14 3/20 6/12 7/6 7/11 8/6 8/7 16/8 19/5
government's [5] 4/25 6/16 6/18 6/19 18/21
government's -- Defendant's [1] 18/21
gram [1] 13/7
grams [15] 12/18 13/3 13/11 13/16 13/22 14/6 14/7 14/13 15/23 16/16 18/12 18/13 18/17 19/18 19/24
greater [2] 12/20 22/12
growing [1] 21/22
guess [1] 7/22
guideline [4] 19/1 19/9 24/12 24/14
guidelines [1] 20/23
guilt [1] 23/9
guilty [5] 4/5 4/7 22/16 23/18 24/2

## H

had [8] 6/16 12/4 13/2 16/23 17/5 19/3 19/3 23/7
had -- going [1] 23/7
HAFFAR [9] 1/17 1/18 2/3 2/6 2/10 3/20 3/21 4/12 14/21
hand [1] 6/18
handed [2] 6/19 22/12
has [12] 7/20 8/6 14/8 18/25 19/11 20/11 20/12 20/17 24/6 24/7 27/10 27/11
have [47]
haven't [2] 17/6 27/6
having [1] 9/9
he [6] 6/21 9/4 12/16 15/24 15/25 16/1
he's [2] 9/1 10/2
health [1] 25/23
hear [3] 3/4 3/4 3/4
heard [1] 18/9
heart [1] 22/3
heavy [1] 14/23
hell [1] 21/11
her [27] 3/23 5/4 5/6 5/13 7/21 9/23 9/25 10/13 14/5 15/1 15/5 15/11 17/23 19/4 19/4 19/5 19/6 19/6 19/8 19/9 20/11 20/12 20/13 20/15 20/17 25/11 27/17
here [9] 3/19 3/22 4/10 6/21 19/1 21/20 23/3 23/4 25/16
higher [1] 21/4
him [4] 6/22 14/17 16/24 17/1
histories [1] 23/15
history [4] 20/3 22/15 23/3 23/4
Homeland [1] 9/16
honestly [1] 21/11
Honor [41]
HONORABLE [3] 1/11 3/6 3/8
hope [1] 21/20
how [6] 7/15 9/15 13/2 15/1 21/10 21/24
However [1] 15/19
human [1] 21/13

## I

I'll [7] 3/23 7/22 8/4 16/2 17/11 19/13 21/5
I'm [16] 3/12 3/15 6/25 7/10 9/16 12/25 18/8 18/9 19/12 21/24 22/2 24/8 24/13 25/6 25/9 26/17
I've [11] 15/17 18/9 19/20 20/1 20/11 21/10 21/25 22/4 23/15 24/24 26/21
identified [1] 10/2
immediately [2] 24/19 26/18
impose [1] 21/3
imposed [2] 24/22 26/21
impossible [2] 15/22 16/1
impossible. [1] 15/25
impossible. I [1] 15/25
imprisonment [10] 19/9 20/4 23/19 23/24 24/3 24/17 24/20 25/5 25/11 26/6
inclined [2] 27/15 27/16
include [2] 25/25 26/12
including [2] 15/16 23/15
incorrect [1] 14/7
Index [2] 2/14 2/16
indicates [1] 12/16
indication [2] 11/12 24/6
indictment [1] 4/6
individuals [2] 15/13 15/17
influence [1] 15/4
information [5] 10/25 18/10 18/18 18/19 23/9
instead [2] 14/13 18/12
intended [1] 15/23
intent [1] 4/7
intentions [1] 21/11
interpret [1] 4/23
interview [9] 10/5 10/7 10/11 11/3 11/16 11/24 12/7 16/19 16/21
intoxicants [1] 26/14
investigation [5] 9/18 10/4 10/18 11/9 11/12
Investigations [1] 9/17
investigative [1] 10/17
invite [2] 7/22 21/5
involved [2] 22/20 23/2
involvement [1] 20/18
involving [1] 12/12
is [59]
is detailed [1] 5/15
issue [5] 15/9 18/23 19/1 20/13 20/19 23/9
it [63]
it's [10] 5/6 5/15 6/14 14/22 15/24 16/10 16/14 19/1 22/7 23/14
items [1] 4/17
its [1] 5/16

## J

Jesus [2] 22/8 22/10
JOHN [3] 1/11 3/6 22/7

**J**

judge [5]   1:11 8/20 21:10 24/9 34/10
judges [1]   27:15
judgment [1]   25:13
Judicial [1]   28:6
June [2]   4:4 4/10
June 22 [2]   4:4 4/10
just [12]   6/18 6/19 7/4 7/24 16/22 16/24
21/18 21/19 22/1 22/4 22/6 22/17
JUSTICE [3]   1/14 23/1 25/22

**K**

Kathryn [1]   4/1
kids' [1]   22/5
kind [2]   7/5 24/24
know [2]   16/3 27/14
knowledge [2]   11/10 13/14

**L**

large [2]   13/6 15/5
larger [2]   13/6 13/12
last [1]   13/13
Law [1]   1/18
least [6]   13/22 14/9 16/11 26/3 26/6
26/16
leave [1]   19/13
left [1]   9/25
leniency [1]   20/22
Leslie [4]   10/11 10/16 11/16 14/22
let [4]   3/7 4/3 6/15 13/18
let's [4]   6/23 8/6 16/4 23/21
letter [5]   16/17 16/18 17/18 17/25 21/6
level [3]   5/4 19/4 20/2
licensed [1]   26/1
life [2]   19/5 22/5
light [1]   5/10
like [9]   16/4 16/22 20/9 21/1 21/18
21/19 22/18 22/21 22/24
livelihood [1]   24/6
lives [1]   22/5
local [1]   25/17
located [1]   9/24
location [1]   27/17
long [3]   7/15 7/17 7/19
Looking [1]   23/3
low [1]   20/22
lying [1]   16/17

**M**

made [2]   18/20 22/4
Mail [2]   1/23 28/19
make [10]   5/6 8/13 16/4 18/11 20/8 20/9
20/25 21/1 21/12 27/16
making [1]   4/23
mandatory [2]   20/7 26/8
manner [1]   4/13
many [3]   20/15 21/10 21/25
March [1]   28/8
marked [1]   6/11
matter [2]   15/15 28/4
maximum [1]   19/8
may [9]   4/6 6/13 6/23 7/24 9/5 9/6 15/22
22/24 25/25
May 18 [1]   4/6
McBRYDE [2]   1/11 3/6
McCURDY [6]   2/4 8/25 9/8 9/14 9/15
14/22
me [17]   4/3 4/3 4/9 6/15 10/7 13/18
16/13 17/3 20/18 20/19 21/17 21/20
21/23 22/2 22/10 22/12 22/24
me -- let [1]   4/3
mean [6]   14/6 14/8 15/15 18/16 19/7

24/21
means [1]   26/25
mechanical [1]   1/21
medications [1]   26/1
MELISSA [5]   1/7 3/16 4/1 4/1 9/19
memory [4]   15/16 15/18 16/18 16/19
mental [1]   25/23
mentioned [2]   25/8
merit [2]   5/2 5/12
met [1]   20/11
methamphetamine [13]   10/22 11/13
11/20 13/7 13/9 13/22 14/9 14/23 15/1
15/5 15/12 15/19 20/14
might [2]   27/14
MIKE [4]   1/14 2/4 9/8 9/14
million [1]   20/6
minute [1]   8/7
miscommunication [1]   17/3
misspoke [1]   15/22
mistake [1]   18/12
mitigation [1]   21/2
modified [2]   19/20 19/24
moment [1]   7/24
month [6]   17/19 22/25 24/2 24/4 26/3
26/16
months [8]   19/5 19/9 19/10 20/4 23/19
23/24 24/14 25/5
moot [1]   5/16
more [3]   9/2 20/18 21/4
morning [3]   3/10 3/11 3/14
motion [1]   5/16
MR [8]   1/14 1/17 2/3 2/5 2/6 2/7 2/10
9/11
Mr. [12]   3/17 3/19 3/20 4/12 8/23 9/15
11/22 12/9 13/18 14/21 16/22 17/17
Mr. -- is [1]   3/20
Mr. Crum [1]   12/9
Mr. Crum's [2]   11/22 16/22
Mr. Haffar [2]   4/12 14/21
Mr. McCurdy [1]   9/15
Mr. Smith [1]   3/17
Mr. Worley [3]   8/23 13/18 17/17
Mr. Worley's [1]   3/19
MS [2]   1/21 17/3
Ms. [41]
Ms. Payne [15]   10/13 10/20 11/25 12/8
13/1 13/4 13/10 15/7 15/20 15/22 16/9
16/11 16/13 17/4 17/18
Ms. Payne -- she [1]   11/18
Ms. Payne's [4]   10/21 13/14 15/9 16/15
Ms. Veatch [21]   5/11 10/14 10/20 10/21
10/23 11/1 11/14 11/19 13/2 13/5 13/8
13/13 13/14 14/24 15/2 16/13 16/14
20/11 20/25 26/20 27/15
much [4]   13/6 13/12 15/1 21/24
multiple [4]   11/20 12/11 12/11 13/1
must [1]   16/9
my [14]   5/1 11/10 12/13 12/14 13/12
13/15 14/25 16/19 16/19 21/18 21/19
22/3 22/5 22/5
myself [1]   22/3

**N**

name [3]   3/23 3/25 9/12
narcotic [1]   26/11
nature [1]   21/13
need [1]   9/4
never [5]   8/6 13/13 13/14 20/13 20/17
new [1]   8/5
no [10]   1/4 2/17 7/4 15/7 18/7 18/22
21/9 22/10 27/20 28/11
nonviolent [1]   20/21
NORTHERN [4]   1/2 1/15 3/5 28/12

not [18]   5/13 6/21 7/17 13/11 14/4
15/20 17/7 19/6 19/12 19/14 21/24 22/4
29/6 24/13 24/21 25/16 25/19 27/15
noted [1]   5/16
notes [13]   11/24 12/2 12/7 12/13 12/14
12/19 12/23 13/13 13/15 16/10 16/19
16/22 16/22
nothing [2]   17/11 22/18
notice [1]   27/1
NOVEMBER [3]   1/6 3/2 5/11
November 21st [1]   5/11
now [5]   3/6 11/11 18/23 23/17 24/20
number [7]   3/13 5/20 16/23 24/8 24/23
24/23 25/8

**O**

oath [1]   21/20
objection [10]   5/12 5/20 6/5 6/6 6/9 7/2
7/7 7/11 11/18 18/9 18/15
objections [9]   2/3 4/23 5/2 5/6 5/7 5/14
5/23 7/18 18/22
obligation [1]   24/17
obligations [1]   27/5
obtained [2]   13/22 16/12
obviously [1]   18/11
occasion [4]   12/4 13/10 16/12 16/14
occasions [2]   11/20 12/24
occurred [2]   12/14 12/17
October [4]   4/22 5/19 17/22 17/24
October 13 [2]   4/22 5/19
of -- well [1]   23/21
offense [11]   4/5 4/6 5/4 19/4 19/4 19/7
19/8 20/2 20/12 20/21 22/15
offenses [1]   23/12
offer [5]   6/9 6/10 7/1 7/22 18/6
officer [8]   8/14 11/6 11/8 12/16 14/2
14/5 18/11 25/21 25/24 26/7 26/11
officer's [2]   5/1 19/13
Official [1]   28/12
Oh [1]   8/17
okay [40]
once [3]   9/2 25/10 27/8
one [11]   5/12 6/5 6/6 7/13 10/11 16/11
16/14 17/14 23/14 24/24 26/5
ones [1]   22/11
only [5]   11/11 12/12 13/10 20/13 20/19
opportunity [1]   8/7
opposed [1]   13/16
order [1]   5/10
ordering [3]   25/6 25/9 26/17
orders [1]   25/3
other [12]   4/18 5/14 5/22 7/2 7/18 7/21
13/7 14/5 14/12 15/8 23/14 26/14
others [1]   21/13
ounce [3]   12/11 13/1 13/5
ounces [27]   11/13 11/19 12/12 12/23
13/3 13/4 13/5 13/6 13/11 13/15 13/16
13/24 14/7 14/8 14/9 14/13 16/9 16/10
16/12 16/13 16/15 16/21 18/12 18/13
18/18 19/18 19/24
ounces -- as [1]   19/24
out [8]   9/23 13/4 18/14 21/18 22/7
22/22 23/25 24/11
outlines [1]   27/5
over [5]   11/7 12/15 22/10 22/12 27/7
overall [1]   25/3
overrule [2]   18/8 18/15
own [1]   21/18

**P**

page [2]   2/2 5/15
paid [2]   13/14 13/14
paid -- to [1]   13/14

## P

pain [1] 21:25
paragraph [12] 5/15 6/7 6/24 7/2 13/21
18/10 18/16 18/16 19/18 23/5 23/5 23/8
part [3] 10/4 22/17 23/3
participate [5] 9/18 10/5 10/10 25/23
26/10
particular [3] 5/12 6/1 13/10
particularly [1] 10/10
Pass [1] 13/17
pauperis [1] 26/24
paved [1] 21/11
pay [2] 24/18 26/17
payable [2] 24/18 26/18
Payne [21] 10/11 10/13 10/16 10/20
11/17 11/18 11/25 12/8 13/1 13/4 13/10
14/22 15/7 15/20 15/22 16/9 16/11
16/13 17/4 17/18 18/20
Payne's [4] 10/21 13/14 15/9 16/15
people [4] 16/3 21/12 21/16 21/25
per [1] 12/12
period [1] 12/15
periodic [1] 26/6
persisting [3] 5/19 6/3 6/4
physician [1] 26/1
pick [2] 14/2 14/5
Pilate [2] 22/8 22/8
play [1] 20/20
plea [3] 4/9 4/11 24/1
pleaded [4] 4/5 4/7 22/16 23/18
pleas [1] 23/9
please [3] 3/9 8/21 9/6
point [2] 9/23 21/13
polite [1] 20/12
Pontius [1] 22/8
possess [2] 4/7 25/18
possibilities [1] 17/6
possibility [1] 16/8
possible [4] 13/8 15/4 16/14 17/2
possibly [1] 16/3
power [2] 22/9 22/10
pray [1] 3/7
preparing [1] 11/8
preponderance [1] 23/11
prescribed [2] 26/1 28/6
present [1] 11/3
presentation [1] 21/1
presentence [15] 4/13 4/22 4/24 6/24
6/25 11/8 11/12 13/21 18/10 18/17
18/23 19/17 19/23 23/4 23/10
presiding [1] 3/6
pretty [1] 23/17
Prisons [2] 25/4 27/17
probably [1] 21/16
probation [13] 5/1 8/14 11/8 14/2 14/5
18/11 19/13 24/4 24/5 25/21 25/24 26/7
26/11
problems [1] 20/15
proceed [1] 9/5
PROCEEDING [1] 2/2
proceedings [3] 1/24 27/23 28/4
produced [1] 1/25
proffer [2] 21/19 21/21
program [1] 26/10
provided [2] 11/18 13/1
provision [1] 26/8
PSR [2] 2/3 5/16
purchases [1] 11/13
purposes [1] 11/8
pursuant [1] 26/8
pursue [2] 5/5 5/7
put [1] 22/3
putting [2] 14/13 21/22

## Q

qualified [1] 18/25
qualify [1] 26/25
quantities [1] 13/6
quantity [2] 12/19 13/12
question [9] 5/3 5/25 16/7 17/7 17/9
17/11 17/14 18/24 19/11
questioned [1] 20/13
questions [2] 14/16 16/25
quite [1] 15/10

## R

raised [1] 15/9
range [7] 19/2 19/9 20/4 20/5 20/5
24/12 24/14
rate [2] 26/2 26/16
rather [12] 4/17 12/24 14/6 14/7
read [4] 4/17 8/7 21/6 21/8
reality [3] 22/1 22/2 22/3
realize [2] 21/25 22/9
realizing [1] 21/24
really [2] 18/24 21/9
reason [5] 5/24 6/2 6/3 6/4 12/25
rebuttal [1] 18/5
recall [2] 15/3 15/10
recant [1] 21/21
receive [2] 4/12 5/3
received [6] 4/21 5/10 5/19 6/14 6/15
16/12
recess [2] 8/7 8/18
recited [1] 18/16
recollection [3] 12/7 12/23 15/5
recommendation [1] 27/16
record [3] 3/24 9/13 28/3
Redirect [2] 4/7 17/16
reduced [2] 15/18 19/7
reduction [2] 5/3 19/14
reference [1] 27/5
referring [1] 18/12
refers [1] 6/24
reflect [1] 13/13
refrain [1] 26/4
regarding [3] 16/8 16/23 27/17
reject [1] 18/20
relationship [1] 10/21
release [10] 20/5 22/9 22/25 23/20
23/20 23/23 24/15 25/10 25/12 26/6
reliable [2] 18/11 18/18
remaining [1] 11/11
remanded [1] 27/12
rephrase [1] 16/2
report [21] 4/13 4/22 4/24 6/24 6/25
11/2 11/7 11/12 11/22 12/8 12/13 12/15
13/21 16/20 18/10 18/17 18/23 19/17
19/23 23/4 23/10
reported [3] 1/24 11/1 11/22
REPORTER [2] 1/21 28/12
Reporter's [2] 2/13 28/1
request [1] 27/3
respectfully [1] 20/21
response [5] 4/22 4/25 5/1 7/7 7/12
responsibility [7] 5/4 5/13 18/24 18/25
19/12 19/15 22/4
rest [1] 16/16
result [1] 23/6
resulting [1] 4/11
return [1] 27/9
review [1] 27/7
revoked [2] 23/23 24/5
right [6] 20/25 22/22 26/20 26/24 27/1
27/21

rights [1] 27/5
rise [3] 3/3 8/12 8/19
road [2] 17/6 21/14
RMR [3] 1/21 28/2 28/11
Room [2] 1/21 28/16
round [1] 10/18
run [3] 23/15 24/20 25/7

## S

SAENZ [4] 1/21 28/2 28/10 28/11
said [9] 6/17 7/20 7/21 13/23 15/24 16/1
16/21 18/13 22/10
same [1] 15/8
satisfied [2] 18/9 27/8
say [5] 13/16 15/23 21/11 22/6 23/14
saying [2] 13/23 18/12
says [2] 13/22 22/7
seated [2] 3/9 8/21
Section [1] 25/2
Security [1] 9/16
see [3] 6/23 12/13 23/21
seem [1] 15/18
seemed [1] 22/21
seems [2] 22/18 22/24
seen [3] 4/25 8/6 15/17
selfish [1] 21/18
sense [1] 8/5
sent [1] 16/17
sentence [14] 2/12 20/22 21/3 24/3
24/12 24/14 24/16 24/20 24/22 24/24
25/7 25/11 25/14 26/21
sentenced [4] 17/24 23/18 23/24 24/2
sentencing [8] 1/10 2/9 3/12 4/10 17/23
21/4 24/9 25/1
serpent [1] 21/14
serve [4] 25/4 25/6 25/9 27/18
serve -- and [1] 25/6
served [1] 23/25
services [4] 25/4 25/25 26/2 26/16
serving [2] 23/20 23/22
session [1] 3/6
set [2] 19/17 25/13
several [2] 10/9 11/12
shall [8] 25/16 25/18 25/20 25/23 26/4
26/5 26/10 26/13
Shawn [1] 6/20
she [42]
she'll [2] 26/1 26/15
she's [4] 9/24 9/25 20/18 25/10
shirt [1] 10/1
should [6] 5/3 5/13 13/23 18/13 21/2
25/1
show [2] 12/4 12/23
shown [1] 6/16
sign [1] 27/9
signed [2] 17/22 28/8
simply [1] 16/1
sin [1] 22/12
since [8] 4/3 13/11 20/11
sir [20] 9/12 9/20 9/22 10/4 10/9 10/12
10/15 10/24 11/2 11/10 11/15 11/23
12/1 12/3 12/6 12/10 12/21 12/25 15/7
17/21
sitting [1] 9/25
slows [1] 22/18
small [1] 22/17
Smith [2] 3/17 6/21
so [9] 6/17 7/5 7/22 8/23 9/3 9/4 10/19
12/19 12/21 15/7 16/4 16/14 18/15
19/11 21/5 21/14 21/25 22/1 23/6 25/3
27/6 27/15
some [9] 4/20 4/21 7/5 15/8 15/14 15/17
22/22 23/5 27/14

## S

some 4 [1] 4/20
some -- there [1] 4/21
something [5] 8/5 13/18 13/19 16/25 21/7
somewhat [1] 19/1
sorry [3] 6/25 7/10 21/24
sorts [1] 15/15
source [2] 11/20 13/15
special [5] 8/24 9/16 20/6 24/18 26/17
specific [1] 17/7
specifically [6] 5/15 13/3 13/12 13/16 16/7 27/3
spend [1] 16/4
spoke [1] 5/11
stand [2] 21/16 21/20
standard [1] 25/13
standing [2] 22/2 22/8
standpoint [1] 10/18
start [1] 25/10
started [2] 23/20 23/22
starting [1] 22/19
starts [1] 24/16
state [4] 3/23 9/12 25/7 25/16
statement [4] 16/16 18/20 20/8 20/25
Statements [1] 2/9
STATES [10] 1/1 1/4 1/11 1/14 3/4 3/7 3/15 25/1 26/22 28/7
stenography [1] 24/23
step [3] 18/4 23/14 23/14
still [2] 5/5 6/3
stood [1] 21/10
straighten [1] 24/11
Street [3] 1/15 1/21 28/16
study [1] 8/1
subject [2] 21/1 21/4
submit [1] 26/5
subsequent [1] 12/24
substance [4] 4/8 25/19 26/5 26/13
substantive [3] 16/25 17/8 17/11
successfully [1] 25/25
such [2] 9/18 23/10
suggested [1] 15/25
Suite [2] 1/15 1/18
superseding [1] 4/5
supervised [7] 20/4 23/19 23/20 23/23 24/15 25/10 25/12
supplemented [2] 19/20 19/25
supply [2] 11/21 13/15
supplying [1] 13/6
support [2] 6/9 7/2
sure [2] 24/8 27/7
suspended [2] 24/3 24/4
sworn [3] 9/1 9/4 9/9

## T

T-shirt [1] 10/1
take [8] 7/16 7/19 8/6 8/11 11/24 21/3 21/19 22/4
talking [2] 5/18 19/19
TALY [1] 1/17
tan [1] 10/1
Tarrant [1] 24/23
Task [2] 11/6 12/16
Telephone [4] 1/16 1/19 1/22 28/18
tell [4] 8/4 9/23 10/16 12/22
tender [1] 6/11
tentative [1] 5/1
term [5] 19/8 23/19 24/15 25/5 25/9
terms [1] 20/16
terrible [1] 22/14
test [1] 26/5

testified [2] 9/9 15/8
testifying [1] 15/21
testimony [3] 2/13 15/6 16/9
testing [2] 26/8 26/12
tests [1] 26/7
TEXAS [11] 1/2 1/5 1/15 1/16 1/19 1/22 3/5 23/1 28/11 28/12 28/16
TFO [1] 12/13
than [9] 7/2 9/2 12/17 12/24 13/7 14/6 14/7 20/18 23/14
Thank [9] 8/9 9/6 10/3 14/15 18/1 20/24 22/13 27/21 27/22
that [151]
that -- her [1] 7/21
that's [10] 13/25 14/11 17/18 18/3 18/14 21/7 21/8 24/18 25/6 26/18
the -- I [2] 13/3 18/16
the -- your [1] 12/22
their [5] 15/15 15/19 20/16 21/17 21/18
them [4] 4/18 12/4 16/1 23/14
then [3] 4/18 8/10 24/4
there [10] 4/20 4/21 4/21 5/11 5/25 14/12 17/2 18/18 18/22 21/9
there's [2] 5/2 19/18
thereafter [1] 26/7
they [10] 6/17 12/8 12/10 12/10 15/18 15/18 19/8 19/14 21/13 23/8
things [4] 16/4 21/2 23/17
think [10] 7/15 15/24 15/25 16/3 21/2 21/21 23/13 24/12 24/14 24/24
this [23] 3/7 3/13 5/8 6/16 7/7 7/9 7/12 7/22 8/4 8/23 9/1 10/19 10/20 12/23 16/17 20/9 20/12 20/18 21/4 21/17 22/16 23/2 28/8
those [10] 4/17 5/5 5/7 12/4 12/16 13/2 19/19 19/21 23/7 23/11 25/25 26/2 26/15 28/6
though [1] 19/11
thought [1] 17/5
three [3] 12/14 12/18 16/20
through [5] 6/15 23/5 23/7 23/8 23/14
time [11] 5/8 6/17 7/22 8/23 12/15 14/23 16/4 20/9 21/4 22/21 24/9
timely [1] 4/13
times [1] 21/10
timing [1] 7/6
today [5] 4/10 6/21 9/21 22/2 22/15
told [1] 16/1
top [1] 24/13
total [2] 18/14 20/2
transaction [3] 12/12 13/5 13/13
transactions [5] 12/11 12/11 12/14 12/17 13/1
transcript [4] 1/10 1/24 28/3 28/5
treatment [3] 25/23 26/11 26/15
trial [2] 15/8 15/9
trouble [1] 21/14
true [5] 14/22 16/10 19/4 19/7 28/3
turned [1] 11/7
two [2] 26/6 27/6
typographical [2] 14/1 14/13

## U

U.S [1] 6/20
under [3] 15/4 21/20 25/1
understand [3] 8/8 27/7 27/8
understanding [1] 14/25
unfailingly [1] 20/11
UNITED [10] 1/1 1/4 1/11 1/14 3/4 3/7 3/15 25/1 26/22 28/7
unlawful [1] 26/4
unlawfully [1] 25/18
unless [1] 22/11

unreliable [1] 18/20
until [1] 25/24
up [11] 1/16 1/12 14/5 19/8 21/22
us [3] 3/7 11/19 19/1
use [5] 15/11 15/19 26/4 26/13 26/13
user [1] 14/23
using [1] 15/2

## V

valid [1] 5/25
VEATCH [28] 1/7 3/16 4/1 4/2 5/11 9/19 10/14 10/20 10/21 10/23 11/1 11/14 11/19 13/2 13/5 13/8 13/13 13/14 13/22 14/24 15/2 16/13 16/14 17/3 20/11 20/25 26/20 27/15
Veatch -- or [1] 17/3
verse [1] 22/7
versus [2] 1/6 3/15
very [1] 7/17
VI [1] 20/3
view [1] 21/12
violated [2] 23/22 24/5
VOLUME [1] 1/10

## W

want [12] 5/5 5/7 6/9 7/1 8/22 14/16 17/1 21/8 22/6 22/6 27/6 27/8
wanted [1] 18/5
wanting [1] 16/24
was [46]
was -- she [1] 20/16
way [1] 23/17
ways [1] 15/16
we [17] 4/14 4/21 5/10 5/12 5/13 5/19 5/25 6/4 6/10 11/18 11/18 12/25 13/6 15/3 16/3 17/5 17/6
We -- we [1] 11/18
we'll [2] 7/13 8/24
we're [2] 4/10 22/15
we've [1] 19/19
wearing [1] 10/1
week [1] 22/25
well [7] 5/9 15/10 18/8 22/14 22/19 23/17 23/21
were [15] 4/20 4/21 10/20 16/7 20/14 22/20 23/8 23/16 23/18 23/24 24/1 24/1 24/2 26/25 27/3
what [15] 3/25 5/19 6/17 6/23 8/4 8/10 10/17 10/21 12/22 13/6 15/12 16/1 21/3 21/20 22/15
what -- it [1] 6/23
what's [1] 6/10
whatever [2] 7/22 20/8
when [9] 4/4 4/9 15/2 18/12 21/13 23/16 23/21 24/1 24/16
where [6] 9/23 14/8 19/18 21/22 23/9 27/18
whether [3] 5/3 18/24 19/11
which [4] 4/7 5/16 14/7 16/12
while [2] 21/19 21/20
white [1] 10/1
who [2] 10/16 11/5
whom [1] 20/15
will [7] 7/15 13/12 24/20 25/10 25/12 25/13 26/12
willing [1] 5/14
withdraw [2] 5/14 17/11
withdrawal [1] 7/18
withdrawing [1] 5/22 6/2
within [4] 22/25 22/25 24/12 26/5
without [2] 5/2 26/25
witness [3] 7/14 8/22 13/17
witnessed [1] 13/2

## W

won't [2]  7/18 23/7
word [2]  2/14 19/18
words [2]  14/12 21/9
WORLEY [8]  1/14 2/5 2/7 6/21 8/23
 9/11 13/18 17/17
Worley's [1]  3/19
worst [1]  23/15
WORTH [8]  1/3 1/5 1/16 1/22 3/6 26/19
 28/13 28/16
would [23]  5/14 6/10 6/17 9/12 9/23
 12/19 13/4 13/6 13/8 14/9 19/4 20/8
 20/21 21/1 22/10 22/21 22/22 23/13
 24/17 26/22 27/2 27/16 27/18
wreck [1]  22/4
written [2]  12/8 17/22
wrong [2]  15/6 22/24
wrote [4]  11/2 12/16 17/18 21/6

## Y

Y'all [1]  8/1
yahoo.com [2]  1/23 28/19
ye [3]  3/4 3/4 3/4
year [3]  10/19 10/20 23/19
years [4]  20/5 23/16 24/15 25/10
yes [37]
you [118]
you're [11]  5/18 5/19 6/2 6/3 15/12
 15/21 16/24 22/16 24/10 24/11 26/21
you've [4]  4/25 24/9 24/10 24/16
your [70]