# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
JAN - 2 2018
CLERK, U.S. DISTRICT COURT
By _____

No. 16-11730
Summary Calendar

**FILED**
December 11, 2017

D.C. Docket No. 4:16-CR-132-17 — A

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

MELISSA VEATCH, also known as Missy,

    Defendant - Appellant

Appeal from the United States District Court for the
Northern District of Texas

Before JONES, SMITH, and BARKSDALE, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the sentence imposed by the District Court is affirmed.

Certified as a true copy and issued
as the mandate on Jan 02, 2018

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

c T d

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK



600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 02, 2018

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

No. 16-11730    USA v. Melissa Veatch
                USDC No. 4:16-CR-132-17 — A —

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shawn D. Henderson, Deputy Clerk
504-310-7668

cc:
    Mr. Taly Haffar
    Mr. James Wesley Hendrix
    Ms. Sonja Marie Ralston